UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/09
```

In re: Take Two Interactive Securities Litigation,

This Document Relates to:
    All actions

No. 06 Civ. 803 (RJS)
No. 06 Civ. 987 (RJS)
No. 06 Civ. 1131 (RJS)
No. 06 Civ. 1733 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' Stipulation and Agreement of Settlement, Proposed Order Preliminarily Approving Settlement and Providing for Notice to the Class and SEC Claimants, and attachments to each. The parties' submissions, however, contain no formal motion or supporting memorandum or affidavits. Accordingly,

IT IS HEREBY ORDERED THAT the parties shall file, no later than November 20, 2009, a formal motion asking the Court to (1) certify the class for settlement purposes only, (2) approve the proposed manner and form of Notice to the class and the SEC claimants, (3) preliminarily approve the proposed Settlement Agreement, and (4) set a date and time for a fairness hearing.

IT IS FURTHER ORDERED that the parties shall submit supporting affidavits and memoranda setting forth the bases in law and fact for granting their motion no later than November 20, 2009.

DATED:    New York, New York
               November 5, 2009

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE