UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TAKE-TWO INTERACTIVE
SECURITIES LITIGATION

No. 1:06-cv-00803-RJS

ECF Case

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the following accompanying papers:

Plaintiffs' and Lead Counsel's Memorandum of Law in Support of the Proposed Settlement and Plan of Allocation, Award of Attorneys' Fees, and Reimbursement of Expenses

Affidavit of Jonathan M. Plasse in Support of the Proposed Settlement and Plan of Allocation, Award of Attorneys' Fees, Reimbursement of Expenses, and Award of Reasonable Costs and Expenses to Plaintiffs, sworn to September 14, 2010

Declaration of Charles G. Moerdler, dated September 14, 2010

Affidavit of Stacey B. Fishbein Regarding Notice Implementation and Requests for Exclusions, sworn to September 14, 2010

Affidavit of Sanjay Pansari, sworn to September 13, 2010

and upon all prior pleadings and proceedings had herein, Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, New York City Fire Department Pension Fund, and Plaintiff State-Boston Retirement System, together with the undersigned counsel for Plaintiffs, will move this Court, before the Honorable Richard J. Sullivan, United States District Judge at the United States Courthouse, 500 Pearl Street, New York, New York, on the 12th day of October, 2010, at 10:00 a.m., pursuant to Rules 23(e) and 23(h) of the Federal Rules of Civil Procedure, for the following relief: (1) entry of the proposed Judgment and Order of Dismissal submitted herewith; (2) entry of the proposed Order Approving Plan of Allocation submitted herewith; and (3) entry of the Proposed Order Awarding

Attorneys' Fees and Expenses submitted herewith; and (4) such other and further relief as the Court deems just.

Dated: New York, New York
       September 14, 2010

LABATON SUCHAROW LLP

By: _____
    Jonathan M. Plasse (JP-7515)
    Ethan D. Wohl (EW-0806)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Lead Counsel for Lead Plaintiffs and Attorneys for the Additional Class Representative*

**MICHAEL A. CARDOZO**
Corporation Counsel of the
City of New York
Carolyn Wolpert
Keith Snow
100 Church Street
New York, New York 10007
Tel: (212) 788-0303
Fax: (212) 788-0367