UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/14/10
```

In re: Take Two Interactive Securities Litigation,

This Document Relates to:
    All actions

No. 06 Civ. 803 (RJS)
No. 06 Civ. 987 (RJS)
No. 06 Civ. 1131 (RJS)
No. 06 Civ. 1733 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Lead Plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund, and New York City Fire Department Pension Fund requesting an extension of the page limitation for Lead Plaintiffs' memorandum of law in support of final approval of the settlement in this consolidated securities class action litigation from 25 pages to 35 pages. The Court finds that the 25 page limitation set forth in Rule 2.B of this Court's Individual Practices is sufficient for this submission. Accordingly, Plaintiff's request is HEREBY DENIED.

SO ORDERED.

DATED:     New York, New York
           September 14, 2010

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE