# DEBEVOISE & PLIMPTON LLP

555 13th Street N.W.
Washington, D.C. 20004
Tel 202 383 8000
Fax 202 383 8118
www.debevoise.com

**MEMO ENDORSED**

John B. Missing
Partner
Tel 202 383 8070

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/10

September 16, 2010

Honorable Richard J. Sullivan
United States District Court,
    Southern District of New York
500 Pearl Street
New York, New York 10007

*In re Take-Two Interactive Securities Litigation*, No. 06-CV-803-RJS
**Withdrawal of Attorney**

Dear Judge Sullivan:

    Please be advised that, Molly Boast, is no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for defendants Take-Two Interactive Software, Inc., Sam Houser and Terry Donovan in the captioned matter.

    I am currently one of the attorneys of record in the subject action, and I hereby respectfully request that your honor endorse this letter allowing Molly Boast's name to be removed from the court's docket and ECF electronic mailing distribution list.

    Thank you for your courtesy and cooperation.

Respectfully submitted,

John B. Missing

cc: All Counsel of Record

Attachment

SO ORDERED:

SO ORDERED
Date: 9/16/10
RICHARD J. SULLIVAN
U.S.D.J.

_____
U.S.D.J.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai