UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                                         :
In re TAKE-TWO INTERACTIVE                                               :    No. 1:06-cv-00803 (RJS)
SECURITIES LITIGATION                                                    :
                                                                         :
                                                                         :
------------------------------------------------------------------------ x

**DECLARATION OF JOHN B. MISSING, ESQ. IN SUPPORT
OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION
SETTLEMENT AND REGARDING 28 U.S.C. § 1715**

I, JOHN B. MISSING, declare and say as follows:

1. I am counsel for defendant Take-Two Interactive Software, Inc. ("Take-Two") in the above-captioned action (the "Securities Action").

2. I submit this Declaration pursuant to this Court's June 29, 2010 Order, and paragraph 11 of the Proposed Order attached as Exhibit thereto, and in support of Plaintiffs' Motion for Final Approval of the Settlement. I confirm that on or about December 3, 2009, Take-Two provided notice to the State Attorney Generals of the 50 states and U.S. territories of the proposed settlement in the Securities Action as contemplated by the Class Action Fairness Act, 28 U.S.C. § 1715 (the "CAFA Notice").

3. The notice included copies of the following documents: (1) original Class Action Complaint dated February 1, 2006, (2) the Consolidated Amended Class Action Complaint, dated September 11, 2006,(3) the Consolidated Amended Complaint, dated April 16, 2007, (4) the Proposed Consolidated Third Amended Complaint, dated September 12, 2008, (5) Lead Plaintiff's Notice of Unopposed Motion for (i) Preliminarily Certifying a Class for Settlement Purposes Only, (ii) Approving the Proposed Manner and Form of Notice to the Class and Certain SEC Claimants, (iii)

Preliminarily Approving the Proposed Settlement, (iv) Scheduling a Fairness Hearing, and (v) Governing Certain Related Administrative Matters, filed on November 23, 2009; and (5) the Stipulation of Settlement and accompanying exhibits, filed with the Court on November 23, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       October 5, 2010

                ___/s/ John B. Missing_____
                John B. Missing (admitted *pro hac vice*)
                Debevoise & Plimpton LLP
                555 13th Street, N.W.  20815
                Washington, D.C. 20004
                (202) 383-8000 (tel)
                jmissing@debevoise.com