```
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
UNITED STATES DISTRICT COURT                        DATE FILED: 10/18/10
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| IN RE TAKE-TWO INTERACTIVE SECURITIES LITIGATION | No. 1:06-cv-00803-RJS<br><br>ECF Case |

## ORDER APPROVING PLAN OF ALLOCATION

THIS MATTER having come before the Court on October 12, 2010 (the "Final Approval Hearing"), upon the application of the parties for approval, pursuant to Rules 23(e) and 23(h) of the Federal Rules of Civil Procedure, of the Settlement set forth in the Stipulation and Agreement of Settlement dated October 30, 2009 (the "Stipulation") resolving the above-captioned action, and for approval of Plaintiffs' and Lead Counsel's Motion for Approval of the Proposed Settlement and Plan of Allocation, Award of Attorneys' Fees and Reimbursement of Expenses, and the Court having approved the Settlement pursuant to Rule 23(e), and having further found that notice to the Class advising them of, *inter alia*, the plan of allocation, as set forth in paragraph 22 of the Notice of Proposed Settlement of Class Action, Application for Attorneys' Fees and Expenses and Fairness Hearing and Notice of Availability of Funds Recovered by the SEC (the "Plan of Allocation"), constituted the best practicable notice to Class members, and having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

The Plan of Allocation is found to be fair and reasonable, and is hereby approved.

Dated: New York, New York
October 14, 2010

_____
Honorable Richard J. Sullivan
United States District Judge