```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
:
ELI WILAMOWSKY,                                  :    No. 10-cv-7471-RJS
                                                 :    (ECF case)
          Plaintiff,                        :    rel. No. 1:06-cv-0803
                                                 :
          v.                                :    **ORDER FOR ADMISSION**
                                                 :    **PRO HAC VICE**
TAKE-TWO INTERACTIVE SOFTWARE, INC.,             :    **ON WRITTEN MOTION**
RYAN BRANT, TODD EMMEL, ROBERT FLUG,
and OLIVER GRACE,

          Defendants
------------------------------------------------------------------- x

Upon the motion of Colby A. Smith, attorney for Defendant Take-Two Interactive Software, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | John B. Missing |
| Firm Name: | Debevoise & Plimpton LLP |
| Address: | 555 13th Street, N.W., Suite 1100-E, |
| City/State/Zip: | Washington, D.C., 20004 |
| Phone Number: | (202) 383-8070 |
| Fax Number: | (202) 383-8118 |
| Email: | jbmissing@debevoise.com |

is admitted to practice *pro hac vice* as counsel for Take-Two Interactive Software, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system. Counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: **Nov. 12**, 2010
New York, New York

Judge Richard J. Sullivan
United States District Judge