```
                                        ┌─────────────────────────────┐
                                        │ U S    SDNY                 │
                                        │ DOCUMENT                    │
                                        │ ELECTRONICALLY FILED        │
                                        │ DOC #: _____      │
UNITED STATES DISTRICT COURT            │ DATE FILED: 11/12/10        │
SOUTHERN DISTRICT OF NEW YORK           └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                            :
ELI WILAMOWSKY,                             :    No. 10-cv-7471-RJS
                                            :    (ECF case)
            Plaintiff,                      :    rel. No. 1:06-cv-0803
                                            :
            v.                              :        **ORDER FOR ADMISSION**
                                            :          **PRO HAC VICE**
TAKE-TWO INTERACTIVE SOFTWARE, INC.,             **ON WRITTEN MOTION**
RYAN BRANT, TODD EMMEL, ROBERT FLUG,
and OLIVER GRACE,

            Defendants
------------------------------------------------------------------ x

Upon the motion of Colby A. Smith, attorney for Defendant Take-Two Interactive

Software, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant Name:      Ada Fernandez Johnson
>
> Firm Name:           Debevoise & Plimpton LLP
>
> Address:             555 13th Street, N.W., Suite 1100-E,
>
> City/State/Zip:      Washington, D.C., 20004
>
> Phone Number:        (202) 383-8036
>
> Fax Number:          (202) 383-8118
>
> Email:               afjohnson@debevoise.com

is admitted to practice *pro hac vice* as counsel for Take-Two Interactive Software, Inc., in

the above captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys.  This action is assigned

to the Electronic Case Filing (ECF) system.  Counsel shall immediately apply for an ECF

password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of

Court.

Dated:  __Nov. 12__, 2010
New York, New York

Judge Richard J. Sullivan
United States District Judge

2