## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 6th day of July, 2011, served the foregoing Lead Plaintiffs' Unopposed Motion to Authorize Distribution of Net Settlement Fund, Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion to Authorize Distribution of Net Settlement Fund, [Proposed] Order Concerning Distribution of Net Settlement Fund to Authorized Claimants and Related Matters, Declaration of Jonathan M. Plasse in Support of Lead Plaintiffs' Unopposed Motion to Authorize Distribution of Net Settlement Fund, and La Count Affidavit with exhibits annexed thereto, upon all parties by filing such documents with the Court's CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 6, 2011

/s/ _____
Jonathan M. Plasse
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
(212) 907-0863