COURTESY COPY

USDS SDNY
DOCUM[ENT]
ELECT[RONIC]ALLY FILED
DOC #: _____
DATE FILED: 7/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

)
IN RE TAKE-TWO INTERACTIVE ) No. 1:06-cv-00803-RJS
SECURITIES LITIGATION )
)
)

## [PROPOSED] ORDER CONCERNING DISTRIBUTION OF NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS AND RELATED MATTERS

1. WHEREAS Lead Plaintiffs the New York City Employees' Retirement System, the New York City Police Pension Fund, the New York City Fire Department Pension Fund (collectively, "Lead Plaintiffs") and the State-Boston Retirement System (together with Lead Plaintiffs, "Plaintiffs"), on behalf of the Class, have moved this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order authorizing, *inter alia*: (i) distribution of the Net Settlement Fund to Authorized Claimants; (ii) the Claims Administrator to deem timely, otherwise eligible claims that were submitted after the September 21, 2010 claims filing deadline, but received on or before April 15, 2011; (iii) payment of outstanding fees charged and expenses incurred by the Claims Administrator in the amount of $436,301.62; (iv) payment of the balance of the attorneys' fees and expenses awarded to Lead Counsel, but withheld pending distribution of the Net Settlement Fund to the Class; (v) the Claims Administrator to reallocate to Authorized Claimants (including late claimants approved by the Court) any residual funds remaining (whether by reason of tax refunds, uncashed checks, or otherwise), provided such reallocation is economical, and thereafter to donate any remaining balance to a private, nonsectarian, not-for-profit organization; and (vi) the destruction of copies of Proofs of Claim,

and all related paper documentation, after distribution of the Net Settlement Fund is completed, and good cause appearing therefor,

The Court hereby Orders as follows:

2. The motion is granted in its entirety and the Court approves the determinations of the Claims Administrator accepting and rejecting claims.

3. The Net Settlement Fund established by the settlement of this action shall be distributed to Authorized Claimants according to the determinations of the Claims Administrator and consistent with the Plan of Allocation of the Net Settlement Fund previously approved by the Court by Order dated October 14, 2010.

4. Otherwise eligible claims that were submitted after the September 21, 2010 postmark deadline but received on or before April 15, 2011 are hereby deemed timely and shall be included in the distribution.

5. The Court bars the acceptance of additional claims and late corrective correspondence received after April 15, 2011 and hereby releases and discharges all persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the administration of claims filed in this Action, or taxation of the Net Settlement Fund, from any and all claims arising out of such involvement.

6. The Court bars all claimants, whether or not they are to receive payment from the Net Settlement Fund, from making any further claim against the Net Settlement Fund or the Released Parties beyond the amount allocated to them by the Stipulation and the Plan of Allocation approved by the Court.

7. A.B. Data shall be paid the outstanding balance of its fees and expenses from the Net Settlement Fund in the total amount of $436,301.62.

8.  Lead Counsel shall be paid the balance of the attorneys' fees and expenses awarded by the Court in its order on October 14, 2010 but withheld pending distribution of the Net Settlement Fund to the Class.

9.  Any funds remaining in the Net Settlement Fund after distribution, if cost effective and efficient, will be redistributed to Authorized Claimants who cashed their distribution checks and who would receive at least $10.00 from such redistribution, after payment of any Taxes, escrow fees and unpaid costs or fees incurred in administering the Net Settlement Fund for such redistribution. If there is any balance remaining in the Net Settlement Fund after distribution or redistribution to Authorized Claimants in an amount that is not cost effective or efficient to redistribute to the Authorized Claimants who cashed their distribution checks, then such remaining funds, after payment of any further notice and administration expenses and Taxes, shall be donated to a private, nonsectarian, not-for-profit organization, to be approved by the Court after the submission of a supplemental filing.

10. One year after completing the distribution of the Net Settlement Fund, A.B. Data may destroy any paper copies of the Proof of Claim forms and all related documentation, and three years after completing the distribution of the Net Settlement Fund, it may destroy electronic copies of the same.

IT IS SO ORDERED.

Dated: July 22, 2011.

HON. RICHARD J. SULLIVAN
~~CHIEF~~ UNITED STATES DISTRICT JUDGE